# In The United States Court of Federal Claims

No. 11-610T

(Filed: October 31, 2011)

_____

PRINCIPAL INVESTORS
CORPORATION,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On October 28, 2011, defendant filed an unopposed motion for an extension of time to file its response to plaintiff's complaint.  The motion is hereby **GRANTED**.  Accordingly, on or before January 20, 2012, defendant shall file its response.  **No further extensions of this deadline will be granted.**

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge