# In The United States Court of Federal Claims

No. 11-610T

(Filed: March 16, 2012)

_____

PRINCIPAL INVESTORS
CORPORATION,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Wednesday, April 4, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge